Case 5:19-cr-00225-AKK-SGC   Document 1   Filed 04/24/19   Page 1 of 2

FILED
2019 Apr-30  AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

JET/REP: May 2019
GJ#4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)      **UNDER SEAL**<br>)<br>DANIEL SEBASTIAN STEELE,  )<br>Also known as "Danny Gordon Fansler"  ) | |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>: [26 U.S.C. § 5861(d)]**

The Grand Jury charges:

That on or about the 22nd day of March, 2019, in DeKalb County, within the Northern District of Alabama, the defendant,

**DANIEL SEBASTIAN STEELE,**
**Also known as "Danny Gordon Fansler",**

knowingly received and possessed firearms, as that term is defined in Title 26, United States Code, Section 5845, more specifically described as a Rock River, Model LAR-15 5.56 caliber machine gun and a Colt, Model Browning .50 caliber machine gun, neither of which were registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

**<u>COUNT TWO</u>:  [18 U.S.C. § 922(o)]**

The Grand Jury charges:

That on or about the 22nd day of March, 2019, in DeKalb County, within the Northern District of Alabama, the defendant,

**DANIEL SEBASTIAN STEELE,**
**Also known as "Danny Gordon Fansler",**

did knowingly transfer and possess a machine gun, that being, a Rock River, model LAR-15 5.56 caliber machine gun and a Colt, model Browning .50 caliber machine gun, in violation of Title 18, United States Code, Section 922(o).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                              JAY E. TOWN
                                              United States Attorney

                                              */s/ Electronic Signature*
                                              RUSSELL E. PENFIELD
                                              Assistant United States Attorney